

# Missouri Court of Appeals
## Southern District

**JULY 5, 2016**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.   Case No.  SD34206

     Re:   JUSTIN V. BAGBY,
           Appellant,
           vs.
           FAWN O. SARTIN,
           Respondent.